

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00397-CV

———————————————

JUDY DELAGARZA AND THOMAS M. DELAGARZA, Appellants

V.

U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET
SERIES IV TRUST, Appellee

---

On Appeal from the 367th District Court
Denton County, Texas
Trial Court No. 14-04892-367

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion on Rehearing and Order by Chief Justice Sudderth

**MEMORANDUM OPINION ON REHEARING AND ORDER**

Appellants Judy De La Garza and Thomas M. De La Garza filed a late notice of appeal, and on January 14, 2021, we granted the motion to dismiss the appeal filed by Appellee U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust. Appellants then filed a motion for rehearing of the dismissal of their appeal for want of jurisdiction.

After requesting, receiving, and reviewing a response from Appellee, *see* Tex. R. App. P. 49.2, we grant Appellants' motion for rehearing. We withdraw our prior January 14, 2021 memorandum opinion, vacate the judgment of dismissal, and order the appeal reinstated on the court's docket.

/s/ Bonnie Sudderth
Bonnie Sudderth
Chief Justice

Delivered: March 25, 2021